# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 05-00690 | | Trustee Name: | Marcia R. Meoli |
|---|---|---|---|---|
| Case Name: | TELESERVICES GROUP, INC. | | Date Filed (f) or Converted (c): | 01/21/2005 (f) |
| For the Period Ending: | 06/30/2018 | | §341(a) Meeting Date: | 03/16/2005 |
| | | | Claims Bar Date: | 06/10/2005 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | FUNDS ORIGINALLY FROM RECEIVER DANIEL YEOMANS (u) | $0.00 | $118,993.22 | | $118,993.22 | FA |
| 2 | CLAIM AGAINST HUNTINGTON BANK (u) | Unknown | $32,000,000.00 | | $32,000,000.00 | FA |
| Asset Notes: | This asset just settled. DN 498, 4/16/2018 . There are a number of contested matters which need to be resolved prior to distribution. | | | | | |
| 3 | SUBPOENA WITNESS FEE (u) | $0.00 | $40.00 | | $40.00 | FA |
| Asset Notes: | SUBPOENA ISSUED BY HUNTINGTON NATIONAL BANK -CASE NO. 1:07-CV-698 US DIST. CT. | | | | | |
| 4 | TURNOVER FUNDS/ CYBERCO HOLDINGS (ADV 04-14905) (u) | $0.00 | $165,104.56 | | $225,104.56 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $2,235.53 | FA |

| | | | | Gross Value of Remaining Asset |
|---|---|---|---|---|
| TOTALS (Excluding unknown value) | $0.00 | $32,284,137.78 | $32,346,373.31 | $0.00 |

---

**Major Activities affecting case closing:**

| | |
|---|---|
| 08/16/2018 | TAX ISSUES |
| 08/14/2018 | ASSET CLOSING |
| | ONGOING MAJOR LITIGATION PRESENTLY PENDING IN DISTRICT COURT.  6/20/07 MM appointed successor Trustee.  Richardson Trustee Terminated.  6/8/05 NPD filed by Original Trustee, Richardson. |
| 06/29/2018 | MIKA FEE APPLICATION |
| 06/11/2018 | H BANK litigation  FA |
| 06/11/2018 | CLAIM IN CYBERCO |
| 06/11/2018 | SUBSTANTIAL CONTRIBUTION MOTION |
| 06/11/2018 | CLAIMS MATTERS |

| Initial Projected Date Of Final Report (TFR): | 08/03/2008 | Current Projected Date Of Final Report (TFR): | 12/31/2018 | /s/ MARCIA R. MEOLI |
|---|---|---|---|---|
| | | | | MARCIA R. MEOLI |

# FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No.** | 05-00690 |
| **Case Name:** | TELESERVICES GROUP, INC. |
| **Primary Taxpayer ID #:** | **-***2778 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 07/01/2017 |
| **For Period Ending:** | 06/30/2018 |

| | |
|---|---|
| **Trustee Name:** | Marcia R. Meoli |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Money Market Acct #:** | ******0565 |
| **Account Title:** | Money Market Account |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/29/2008 | (1) | TRUSTEE THOMAS C. RICHARDSON | FUNDS ORIGINALLY FROM RECEIVER DANIEL YEOMANS | 1290-000 | $118,933.22 | | $118,933.22 |
| 03/31/2008 | (1) | JP MORGAN CHASE NOTIFICATION | DEP. 3/3/08-CHECK LISTED INCORRECTLY FOR DEPOSIT | 1290-000 | $60.00 | | $118,993.22 |
| 03/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | $20.47 | | $119,013.69 |
| 04/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | $16.60 | | $119,030.29 |
| 05/06/2008 | | To Account #********0566 | transfer to pay expenses of Mika Meyers, et al. -atty. for HUNTINGTON adversary proceeding | 9999-000 | | $5,681.65 | $113,348.64 |
| 05/28/2008 | (3) | WARNER NORCROSS & JUDD, LLP | SUBPOENA WITNESS FEE | 1290-000 | $40.00 | | $113,388.64 |
| 05/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $14.32 | | $113,402.96 |
| 06/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $14.41 | | $113,417.37 |
| 07/03/2008 | | To Account #********0566 | TRANSFER OF FUNDS FOR SOFTWARE EXPENSE | 9999-000 | | $45,996.92 | $67,420.45 |
| 07/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $8.94 | | $67,429.39 |
| 08/29/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $8.01 | | $67,437.40 |
| 09/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $8.84 | | $67,446.24 |
| 10/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | $7.35 | | $67,453.59 |
| 11/28/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | $5.30 | | $67,458.89 |
| 12/12/2008 | | To Account #********0566 | TRANSFER OF FUNDS TO PAY STRATIFY INVOICES | 9999-000 | | $3,000.00 | $64,458.89 |
| 12/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $4.67 | | $64,463.56 |
| 01/19/2009 | | To Account #********0566 | transfer of funds for payment of Stratify statement | 9999-000 | | $1,500.00 | $62,963.56 |
| 01/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $2.60 | | $62,966.16 |
| 02/06/2009 | 1001 | MYERS-REESE INSURANCE AGENCY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/06/2009 FOR CASE #05-00690, CHAPTER 7 BLANKET BOND RENEWAL | 2300-000 | | $109.79 | $62,856.37 |
| 02/27/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $2.39 | | $62,858.76 |
| | | | **SUBTOTALS** | | $119,147.12 | $56,288.36 | |

## FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 05-00690 | |
| Case Name: | TELESERVICES GROUP, INC. | |
| Primary Taxpayer ID #: | **-***2778 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 07/01/2017 | |
| For Period Ending: | 06/30/2018 | |

| | |
|---|---|
| Trustee Name: | Marcia R. Meoli |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Money Market Acct #: | ******0565 |
| Account Title: | Money Market Account |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $2.73 | | $62,861.49 |
| 04/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $2.56 | | $62,864.05 |
| 05/29/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $2.47 | | $62,866.52 |
| 06/08/2009 | (4) | CYBERCO HOLDINGS, INC. (ADV. #04-14905) | TURNOVER FUNDS | 1249-000 | $165,104.56 | | $227,971.08 |
| 06/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $7.45 | | $227,978.53 |
| 07/30/2009 | | To Account #********0566 | transfer of funds for litigation expenses | 9999-000 | | $80,000.00 | $147,978.53 |
| 07/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $9.39 | | $147,987.92 |
| 08/05/2009 | | To Account #********0566 | TRANSFER FOR ATTY. FOR TRUSTEE - 1ST FEE APP. | 9999-000 | | $39,646.90 | $108,341.02 |
| 08/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $4.78 | | $108,345.80 |
| 09/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $4.42 | | $108,350.22 |
| 10/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $4.42 | | $108,354.64 |
| 11/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $4.56 | | $108,359.20 |
| 12/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $4.56 | | $108,363.76 |
| 01/19/2010 | 1002 | MYERS-REESE INSURANCE AGENCY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/19/2010 FOR CASE #05-00690 | 2300-000 | | $94.85 | $108,268.91 |
| 01/29/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $4.27 | | $108,273.18 |
| 02/02/2010 | | Wire out to BNYM account ********0565 | Wire out to BNYM account ********0565 | 9999-000 | ($108,273.62) | | ($0.44) |
| 02/02/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | $0.44 | | $0.00 |

|  |  |  |  | **SUBTOTALS** | $56,882.99 | $119,741.75 | |

# FORM 2

**Page No:** 3

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 05-00690 | |
| **Case Name:** | TELESERVICES GROUP, INC. | |
| **Primary Taxpayer ID #:** | **-***2778 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 07/01/2017 | |
| **For Period Ending:** | 06/30/2018 | |

| | |
|---|---|
| **Trustee Name:** | Marcia R. Meoli |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Money Market Acct #:** | ******0565 |
| **Account Title:** | Money Market Account |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $176,030.11 | $176,030.11 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | ($108,273.62) | $175,825.47 | |
| | | | **Subtotal** | | $284,303.73 | $204.64 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $284,303.73 | $204.64 | |

**For the period of 07/01/2017 to 06/30/2018**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/29/2008 to 6/30/2018**

| | |
|---|---|
| Total Compensable Receipts: | $284,303.73 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $284,303.73 |
| Total Internal/Transfer Receipts: | ($108,273.62) |
| | |
| Total Compensable Disbursements: | $204.64 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $204.64 |
| Total Internal/Transfer Disbursements: | $175,825.47 |

# FORM 2

Page No: 4

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | 05-00690 |
| Case Name: | TELESERVICES GROUP, INC. |
| Primary Taxpayer ID #: | **-***2778 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 07/01/2017 |
| For Period Ending: | 06/30/2018 |

| | |
|---|---|
| Trustee Name: | Marcia R. Meoli |
| Bank Name: | Pinnacle Bank |
| Money Market Acct #: | ******0084 |
| Account Title: | |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/09/2018 | | Pinnacle Bank | Wire transfer fee charged on 5/9/2018 | 2600-000 | | $15.00 | ($15.00) |
| 05/10/2018 | (2) | The Huntington National Bank | Settlement order DN 498  4/16/2018 | 1241-000 | $32,000,000.00 | | $31,999,985.00 |
| 05/24/2018 | | Transfer To: #******0002 | | 9999-000 | | $20,000.00 | $31,979,985.00 |
| 05/31/2018 | (INT) | Pinnacle Bank | Interest posting | 1270-000 | $2,015.98 | | $31,982,000.98 |
| 05/31/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $5,647.95 | $31,976,353.03 |
| 06/07/2018 | | Pinnacle Bank | Credit for Wire Transfer debit | 2600-000 | | ($15.00) | $31,976,368.03 |
| 06/17/2018 | | Pinnacle Bank | Reverse bank fee | 2600-000 | | ($5,647.95) | $31,982,015.98 |
| 06/19/2018 | | Transfer To: #******0002 | | 9999-000 | | $22,000.00 | $31,960,015.98 |
| 06/19/2018 | 1001 | PETER TEHOLIZ, PLLC | Fee order DN 550  6/18/2018 | 3210-000 | | $20,800.00 | $31,939,215.98 |
| 06/19/2018 | 1001 | VOID: PETER TEHOLIZ, PLLC | | 3210-003 | | ($20,800.00) | $31,960,015.98 |
| 06/19/2018 | 1002 | PETER TEHOLIZ, PLLC | Fee order DN 550  6/18/2018 | 3220-000 | | $376.82 | $31,959,639.16 |
| 06/19/2018 | 1002 | VOID: PETER TEHOLIZ, PLLC | | 3220-003 | | ($376.82) | $31,960,015.98 |
| 06/28/2018 | | Transfer To: #******0002 | | 9999-000 | | $7,511,000.00 | $24,449,015.98 |
| 06/30/2018 | (INT) | Pinnacle Bank | Interest Deposit | 1270-000 | $2,566.11 | | $24,451,582.09 |

|  |  |  |
|---|---|---|
| **SUBTOTALS** | $32,004,582.09 | $7,553,000.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No.** 05-00690

**Case Name:** TELESERVICES GROUP, INC.

**Primary Taxpayer ID #:** **-***2778

**Co-Debtor Taxpayer ID #:**

**For Period Beginning:** 07/01/2017

**For Period Ending:** 06/30/2018

**Trustee Name:** Marcia R. Meoli

**Bank Name:** Pinnacle Bank

**Money Market Acct #:** ******0084

**Account Title:**

**Blanket bond (per case limit):** $2,000,000.00

**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $32,004,582.09 | $7,553,000.00 | $24,451,582.09 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $7,553,000.00 | |
| | | | **Subtotal** | | $32,004,582.09 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $32,004,582.09 | $0.00 | |

**For the period of  07/01/2017 to 06/30/2018**

| | |
|---|---|
| Total Compensable Receipts: | $32,004,582.09 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $32,004,582.09 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $7,553,000.00 |

**For the entire history of the account between 04/04/2018  to 6/30/2018**

| | |
|---|---|
| Total Compensable Receipts: | $32,004,582.09 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $32,004,582.09 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $7,553,000.00 |

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 6

| | |
|---|---|
| Case No. | 05-00690 |
| Case Name: | TELESERVICES GROUP, INC. |
| Primary Taxpayer ID #: | **-***2778 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 07/01/2017 |
| For Period Ending: | 06/30/2018 |

| | |
|---|---|
| Trustee Name: | Marcia R. Meoli |
| Bank Name: | The Bank of New York Mellon |
| Checking Acct #: | ******0565 |
| Account Title: | Checking Account |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 Transaction Date | 2 Check / Ref. # | 3 Paid to/ Received From | 4 Description of Transaction | Uniform Tran Code | 5 Deposit $ | 6 Disbursement $ | 7 Balance |
|---|---|---|---|---|---|---|---|
| 02/02/2010 | | Wire in from JPMorgan Chase Bank, N.A. account ********0565 | Wire in from JPMorgan Chase Bank, N.A. account ********0565 | 9999-000 | $108,273.62 | | $108,273.62 |
| 02/26/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $5.39 | | $108,279.01 |
| 03/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $6.44 | | $108,285.45 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $6.23 | | $108,291.68 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $6.44 | | $108,298.12 |
| 06/09/2010 | | To Account #**********0566 | Funds for Mika Meyers fee/expenses | 9999-000 | | $47,000.00 | $61,298.12 |
| 06/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $4.24 | | $61,302.36 |
| 07/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $3.65 | | $61,306.01 |
| 08/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $3.63 | | $61,309.64 |
| 09/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $1.51 | | $61,311.15 |
| 10/29/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $1.56 | | $61,312.71 |
| 11/15/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $0.70 | | $61,313.41 |
| 11/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $0.80 | | $61,314.21 |
| 12/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $1.56 | | $61,315.77 |
| 01/20/2011 | 11003 | MRSC INSURANCE PARTNERS, LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/20/2011 FOR CASE #05-00690, BOND PREMIUM PAYMENT | 2300-000 | | $50.32 | $61,265.45 |
| 01/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $1.56 | | $61,267.01 |
| 02/28/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $1.40 | | $61,268.41 |
| 03/10/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $0.45 | | $61,268.86 |
| 03/14/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $0.20 | | $61,269.06 |
| 03/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $0.90 | | $61,269.96 |
| 04/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $1.51 | | $61,271.47 |
| 05/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $1.56 | | $61,273.03 |
| 06/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.50 | | $61,273.53 |
| | | | **SUBTOTALS** | | $108,323.85 | $47,050.32 | |

# FORM 2

**Page No:** 7

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 05-00690 | |
| Case Name: | TELESERVICES GROUP, INC. | |
| Primary Taxpayer ID #: | **-***2778 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 07/01/2017 | |
| For Period Ending: | 06/30/2018 | |

| | |
|---|---|
| Trustee Name: | Marcia R. Meoli |
| Bank Name: | The Bank of New York Mellon |
| Checking Acct #: | ******0565 |
| Account Title: | Checking Account |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.52 | | $61,274.05 |
| 08/01/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $117.51 | $61,156.54 |
| 08/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.51 | | $61,157.05 |
| 08/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $142.45 | $61,014.60 |
| 09/26/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | ($4.20) | $61,018.80 |
| 09/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.50 | | $61,019.30 |
| 09/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $125.37 | $60,893.93 |
| 10/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.51 | | $60,894.44 |
| 10/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $120.95 | $60,773.49 |
| 11/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.49 | | $60,773.98 |
| 11/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $133.21 | $60,640.77 |
| 12/05/2011 | 11004 | PETER A. TEHOLIZ | Attorney for Trustee expenses.  Order dated 3/18/11, Doc #:374. | 3220-000 | | $1,176.12 | $59,464.65 |
| 12/05/2011 | 11005 | PETER A. TEHOLIZ | Attorney for Trustee fees.  Partial Payment for Order dated 3/18/11, Doc #:374. | 3210-000 | | $8,823.88 | $50,640.77 |
| 12/22/2011 | 11006 | RONALD BARLIANT | 7008.002/205121 - Interim payment for Mediation Fees | 3721-000 | | $3,750.00 | $46,890.77 |
| 12/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.45 | | $46,891.22 |
| 12/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $110.21 | $46,781.01 |
| 01/19/2012 | 11007 | MRSC INSURANCE PARTNERS, LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/19/2012 FOR CASE #05-00690, MEOLI-1 /  Inv# 83214 / Chapter 7 Blanket Bond Renewal | 2300-000 | | $43.02 | $46,737.99 |
| 01/31/2012 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.39 | | $46,738.38 |
| 01/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $103.28 | $46,635.10 |
| 02/07/2012 | (4) | Cybernet (Asiapacific) Limited Bankruptcy Estate | Payment from Cybernet (Asiapacific) Limited per Settlement & Order dated 1/20/12 | 1249-000 | $60,000.00 | | $106,635.10 |
| | | | **SUBTOTALS** | | $60,003.37 | $14,641.80 | |

# FORM 2

**Page No:** 8

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 05-00690 | |
| **Case Name:** | TELESERVICES GROUP, INC. | |
| **Primary Taxpayer ID #:** | **-***2778 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 07/01/2017 | |
| **For Period Ending:** | 06/30/2018 | |

| | |
|---|---|
| **Trustee Name:** | Marcia R. Meoli |
| **Bank Name:** | The Bank of New York Mellon |
| **Checking Acct #:** | ******0565 |
| **Account Title:** | Checking Account |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/29/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $178.44 | $106,456.66 |
| 03/30/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $218.14 | $106,238.52 |
| 04/23/2012 | | To Account #*********0567 | TRANSFER FUNDS | 9999-000 | | $106,238.52 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $168,327.22 | $168,327.22 | $0.00 |
| **Less: Bank transfers/CDs** | $108,273.62 | $153,238.52 | |
| **Subtotal** | $60,053.60 | $15,088.70 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $60,053.60 | $15,088.70 | |

**For the period of 07/01/2017 to 06/30/2018**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/02/2010 to 6/30/2018**

| | |
|---|---|
| Total Compensable Receipts: | $60,053.60 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $60,053.60 |
| Total Internal/Transfer Receipts: | $108,273.62 |
| | |
| Total Compensable Disbursements: | $15,088.70 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15,088.70 |
| Total Internal/Transfer Disbursements: | $153,238.52 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 05-00690 | | Trustee Name: | Marcia R. Meoli |
| Case Name: | TELESERVICES GROUP, INC. | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***2778 | | Checking Acct #: | ******0566 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 07/01/2017 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 06/30/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/09/2010 | | From Account #*********0565 | Funds for Mika Meyers fee/expenses | 9999-000 | $47,000.00 | | $47,000.00 |
| 06/09/2010 | 10108 | MIKA MEYERS BECKETT & JONES PLC | Portion of Various fees/expenses per Inv of 5/31/10 | 3220-610 | | $47,000.00 | $0.00 |

|  | | | | | | |
|---|---|---|---|---|---|---|
| | | TOTALS: | | | $47,000.00 | $47,000.00 | $0.00 |
| | | Less: Bank transfers/CDs | | | $47,000.00 | $0.00 | |
| | | Subtotal | | | $0.00 | $47,000.00 | |
| | | Less: Payments to debtors | | | $0.00 | $0.00 | |
| | | Net | | | $0.00 | $47,000.00 | |

**For the period of  07/01/2017 to 06/30/2018**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 02/02/2010  to 6/30/2018**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $47,000.00 |
| | |
| Total Compensable Disbursements: | $47,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $47,000.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

# FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 05-00690 | |
| Case Name: | TELESERVICES GROUP, INC. | |
| Primary Taxpayer ID #: | **-***2778 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 07/01/2017 | |
| For Period Ending: | 06/30/2018 | |

| | |
|---|---|
| Trustee Name: | Marcia R. Meoli |
| Bank Name: | The Bank of New York Mellon |
| Checking Acct #: | ******0567 |
| Account Title: | Checking Account |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/23/2012 | | From Account #**********0565 | TRANSFER FUNDS | 9999-000 | $106,238.52 | | $106,238.52 |
| 04/30/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $36.28 | $106,202.24 |
| 05/18/2012 | 101 | THE HUBBARD LAW FIRM, P.C. | CK VOID: issued for wrong amount | 3210-003 | | $36,337.12 | $69,865.12 |
| 05/18/2012 | 101 | THE HUBBARD LAW FIRM, P.C. | CK VOID: issued for wrong amount | 3210-003 | | ($36,337.12) | $106,202.24 |
| 05/18/2012 | 102 | THE HUBBARD LAW FIRM, P.C. | Attorney for Trustee fees.  Order dated 5/11/12, Doc #:413. | 3210-000 | | $21,949.00 | $84,253.24 |
| 05/18/2012 | 103 | THE HUBBARD LAW FIRM, P.C. | Attorney for Trustee expenses.  Order dated 5/11/12, Doc #:413. | 3220-000 | | $1,778.61 | $82,474.63 |
| 05/18/2012 | 104 | THE HUBBARD LAW FIRM, P.C. | Attorney for Trustee fees.  Remaining Balance per Order dated 3/18/11, Doc #:374. | 3210-000 | | $26,337.12 | $56,137.51 |
| 05/21/2012 | 105 | RONALD BARLIANT | 7008.002/205121 - Mediation Fees | 3721-000 | | $11,511.45 | $44,626.06 |
| 05/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $208.61 | $44,417.45 |
| 06/29/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $96.63 | $44,320.82 |
| 07/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $96.87 | $44,223.95 |
| 08/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $93.64 | $44,130.31 |
| 09/28/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $84.40 | $44,045.91 |
| 10/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $99.28 | $43,946.63 |
| 11/30/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $90.05 | $43,856.58 |
| 12/14/2012 | 106 | INSURANCE PARTNERS AGENCY, INC. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/14/2012 FOR CASE #05-00690, Blanket Bond Renewal; Inv# 86697; MEOLI-1 | 2300-000 | | $39.83 | $43,816.75 |
| 12/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $86.84 | $43,729.91 |
| 01/10/2013 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO *********6088 ****0110 | 9999-000 | | $43,729.91 | $0.00 |
| | | | **SUBTOTALS** | | $106,238.52 | $106,238.52 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 11

| | | |
|---|---|---|
| Case No. | 05-00690 | |
| Case Name: | TELESERVICES GROUP, INC. | |
| Primary Taxpayer ID #: | **-***2778 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 07/01/2017 | |
| For Period Ending: | 06/30/2018 | |

| | |
|---|---|
| Trustee Name: | Marcia R. Meoli |
| Bank Name: | The Bank of New York Mellon |
| Checking Acct #: | ******0567 |
| Account Title: | Checking Account |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $106,238.52 | $106,238.52 | $0.00 |
| | | | Less: Bank transfers/CDs | | $106,238.52 | $43,729.91 | |
| | | | Subtotal | | $0.00 | $62,508.61 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $62,508.61 | |

**For the period of  07/01/2017 to 06/30/2018**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 04/20/2012  to 6/30/2018**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $106,238.52 |
| | |
| Total Compensable Disbursements: | $62,508.61 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $62,508.61 |
| Total Internal/Transfer  Disbursements: | $43,729.91 |

# FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 05-00690 | |
| Case Name: | TELESERVICES GROUP, INC. | |
| Primary Taxpayer ID #: | **-***2778 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 07/01/2017 | |
| For Period Ending: | 06/30/2018 | |

| | |
|---|---|
| Trustee Name: | Marcia R. Meoli |
| Bank Name: | Bank of Texas |
| Checking Acct #: | ******0865 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/11/2013 | | Rabobank, N.A. | Transfer Funds | 9999-000 | $43,604.22 | | $43,604.22 |
| 04/12/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $47.67 | $43,556.55 |
| 04/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $68.04 | $43,488.51 |
| 05/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $70.17 | $43,418.34 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $67.80 | $43,350.54 |
| 07/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $69.95 | $43,280.59 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $69.84 | $43,210.75 |
| 09/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $67.47 | $43,143.28 |
| 10/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $69.62 | $43,073.66 |
| 11/22/2013 | 5001 | Insurance Partners Agency, Inc. | Bond Payment | 2300-000 | | $134.04 | $42,939.62 |
| 11/29/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $67.26 | $42,872.36 |
| 12/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $69.19 | $42,803.17 |
| 01/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $69.07 | $42,734.10 |
| 02/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $62.28 | $42,671.82 |
| 03/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $68.85 | $42,602.97 |
| 04/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $66.53 | $42,536.44 |
| 05/01/2014 | 5002 | THE HUBBARD LAW FIRM, P.C. | Attorney for Trustee fees. Order dated 3/27/13, Doc #:416. | 3210-000 | | $3,977.50 | $38,558.94 |
| 05/01/2014 | 5003 | THE HUBBARD LAW FIRM, P.C. | Attorney for Trustee expenses. Order dated 3/27/13, Doc #:416. | 3220-000 | | $345.00 | $38,213.94 |
| 05/01/2014 | 5004 | THE HUBBARD LAW FIRM, P.C. | Attorney for Trustee fees. Order dated 4/25/14, Doc #:425. | 3210-000 | | $2,453.50 | $35,760.44 |
| 05/01/2014 | 5005 | THE HUBBARD LAW FIRM, P.C. | Attorney for Trustee expenses. Order dated 4/25/14, Doc #:425. | 3220-000 | | $197.64 | $35,562.80 |
| 05/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $59.20 | $35,503.60 |
| 06/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $55.44 | $35,448.16 |
| | | | SUBTOTALS | | $43,604.22 | $8,156.06 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | 05-00690 |
| Case Name: | TELESERVICES GROUP, INC. |
| Primary Taxpayer ID #: | **-***2778 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 07/01/2017 |
| For Period Ending: | 06/30/2018 |

| | |
|---|---|
| Trustee Name: | Marcia R. Meoli |
| Bank Name: | Bank of Texas |
| Checking Acct #: | ******0865 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $57.20 | $35,390.96 |
| 08/29/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $57.11 | $35,333.85 |
| 09/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $55.17 | $35,278.68 |
| 10/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $56.92 | $35,221.76 |
| 11/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $55.00 | $35,166.76 |
| 12/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $56.74 | $35,110.02 |
| 01/08/2015 | 5006 | Insurance Partners Agency, Inc. | Bond Payment.  Invoice#: 64631.  Bond#: 82153883. | 2300-000 | | $50.02 | $35,060.00 |
| 01/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $56.61 | $35,003.39 |
| 02/27/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $51.01 | $34,952.38 |
| 03/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $56.40 | $34,895.98 |
| 04/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $54.49 | $34,841.49 |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $56.22 | $34,785.27 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $54.32 | $34,730.95 |
| 07/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $56.04 | $34,674.91 |
| 08/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $55.95 | $34,618.96 |
| 09/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $54.06 | $34,564.90 |
| 10/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $55.77 | $34,509.13 |
| 11/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $53.89 | $34,455.24 |
| 12/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $55.60 | $34,399.64 |
| 01/07/2016 | 5007 | Insurance Partners Agency, Inc. | Inv# 222757; Pol# 82153883; Chapter 7 Blanket Bond WM | 2300-000 | | $30.03 | $34,369.61 |
| 01/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $55.33 | $34,314.28 |
| 02/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $51.65 | $34,262.63 |
| 03/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $55.13 | $34,207.50 |
| 04/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $53.27 | $34,154.23 |
| 05/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $54.96 | $34,099.27 |
| | | | **SUBTOTALS** | | $0.00 | $1,348.89 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 14

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No. | 05-00690 | | | Trustee Name: | Marcia R. Meoli | |
| Case Name: | TELESERVICES GROUP, INC. | | | Bank Name: | Bank of Texas | |
| Primary Taxpayer ID #: | **-***2778 | | | Checking Acct #: | ******0865 | |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA | |
| For Period Beginning: | 07/01/2017 | | | Blanket bond (per case limit): | $2,000,000.00 | |
| For Period Ending: | 06/30/2018 | | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 06/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $53.10 | $34,046.17 |
| 07/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $54.79 | $33,991.38 |
| 08/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $54.70 | $33,936.68 |
| 09/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $52.85 | $33,883.83 |
| 10/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $54.52 | $33,829.31 |
| 11/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $52.68 | $33,776.63 |
| 12/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $54.35 | $33,722.28 |
| 01/04/2017 | 5008 | Insurance Partners Agency, Inc. | Inv# 355436; Bond# 3517692; Chapter 7 Blanket Bond WM | 2300-000 | | $9.90 | $33,712.38 |
| 01/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $54.40 | $33,657.98 |
| 02/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $49.05 | $33,608.93 |
| 03/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $54.23 | $33,554.70 |
| 04/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $52.40 | $33,502.30 |
| 05/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $54.06 | $33,448.24 |
| 06/30/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $52.23 | $33,396.01 |
| 07/28/2017 | 5009 | MIKA MEYERS BECKETT & JONES PLC | ID order DN 470  7/24/17 | 3220-610 | | $4,000.00 | $29,396.01 |
| 07/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $53.89 | $29,342.12 |
| 08/17/2017 | | Pinnacle Bank | Transfer Funds | 9999-000 | | $29,342.12 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | **SUBTOTALS** | $0.00 | $34,099.27 |

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-00690 | | Trustee Name: | Marcia R. Meoli |
|---|---|---|---|---|
| Case Name: | TELESERVICES GROUP, INC. | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***2778 | | Checking Acct #: | ******0865 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 07/01/2017 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 06/30/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $43,604.22 | $43,604.22 | $0.00 |
| | | | Less: Bank transfers/CDs | | $43,604.22 | $29,342.12 | |
| | | | Subtotal | | $0.00 | $14,262.10 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $14,262.10 | |

| For the period of 07/01/2017 to 06/30/2018 | | For the entire history of the account between 03/11/2013 to 6/30/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $43,604.22 |
| | | | |
| Total Compensable Disbursements: | $4,053.89 | Total Compensable Disbursements: | $14,262.10 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,053.89 | Total Comp/Non Comp Disbursements: | $14,262.10 |
| Total Internal/Transfer Disbursements: | $29,342.12 | Total Internal/Transfer Disbursements: | $29,342.12 |

# FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | 05-00690 |
| Case Name: | TELESERVICES GROUP, INC. |
| Primary Taxpayer ID #: | **-***2778 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 07/01/2017 |
| For Period Ending: | 06/30/2018 |

| | |
|---|---|
| Trustee Name: | Marcia R. Meoli |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Checking Acct #: | ******0566 |
| Account Title: | Checking Account |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| 05/06/2008 | | From Account #*******0565 | transfer to pay expenses of Mika Meyers, et al. -atty. for HUNTINGTON adversary proceeding | 9999-000 | $5,681.65 | | $5,681.65 |
| 05/06/2008 | 101 | MIKA MEYERS BECKETT & JONES | ELECTRONIC DATE STORAGE EXPENSE (ATTY. FOR TRUSTEE EXPENSE) CYBERCO BANKRTUPCY MATTER | 3220-610 | | $5,681.65 | $0.00 |
| 07/03/2008 | | From Account #*******0565 | TRANSFER OF FUNDS FOR SOFTWARE EXPENSE | 9999-000 | $45,996.92 | | $45,996.92 |
| 07/03/2008 | 102 | MIKA MEYERS BECKETT & JONES PLC | LITIGATION SOFTWARE EXPENSE | 3220-610 | | $45,996.92 | $0.00 |
| 12/12/2008 | | From Account #*******0565 | TRANSFER OF FUNDS TO PAY STRATIFY INVOICES | 9999-000 | $3,000.00 | | $3,000.00 |
| 12/12/2008 | 103 | MIKA MEYERS BECKETT & JONES PLC | VARIOUS INVOICES FOR STRATIFY FEES | 3220-610 | | $3,000.00 | $0.00 |
| 01/19/2009 | | From Account #*******0565 | transfer of funds for payment of Stratify statement | 9999-000 | $1,500.00 | | $1,500.00 |
| 01/19/2009 | 104 | MIKA MEYERS BECKETT & JONES PLC | PAYMENT OF INVOICES FOR NOV. & DEC. 2008 | 3220-610 | | $1,500.00 | $0.00 |
| 07/30/2009 | | From Account #*******0565 | transfer of funds for litigation expenses | 9999-000 | $80,000.00 | | $80,000.00 |
| 07/30/2009 | 105 | MIKA MEYERS BECKETT & JONES PLC | PAYMENT FOR VARIOUS LITIGATION EXPENSES | 3220-610 | | $80,000.00 | $0.00 |
| 08/05/2009 | | From Account #*******0565 | TRANSFER FOR ATTY. FOR TRUSTEE - 1ST FEE APP. | 9999-000 | $39,646.90 | | $39,646.90 |
| 08/05/2009 | 106 | PETER A. TEHOLIZ | Attorney for Trustee fees.  Order dated 8/3/09, Doc #:170. | 3210-000 | | $38,574.50 | $1,072.40 |
| 08/05/2009 | 107 | PETER A. TEHOLIZ | Attorney for Trustee expenses.  Order dated 8/3/09, Doc #:170. | 3220-000 | | $1,072.40 | $0.00 |

| | | | | SUBTOTALS | $175,825.47 | $175,825.47 | |
|---|---|---|---|---|---|---|---|

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 05-00690 | |
| **Case Name:** | TELESERVICES GROUP, INC. | |
| **Primary Taxpayer ID #:** | **-***2778 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 07/01/2017 | |
| **For Period Ending:** | 06/30/2018 | |

| | |
|---|---|
| **Trustee Name:** | Marcia R. Meoli |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Checking Acct #:** | ******0566 |
| **Account Title:** | Checking Account |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $175,825.47 | $175,825.47 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $175,825.47 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $175,825.47 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $175,825.47 | |

**For the period of  07/01/2017 to 06/30/2018**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 02/29/2008  to 6/30/2018**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $175,825.47 |
| | |
| Total Compensable Disbursements: | $175,825.47 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $175,825.47 |
| Total Internal/Transfer  Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 18

| | |
|---|---|
| Case No. | 05-00690 |
| Case Name: | TELESERVICES GROUP, INC. |
| Primary Taxpayer ID #: | **-***2778 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 07/01/2017 |
| For Period Ending: | 06/30/2018 |

| | |
|---|---|
| Trustee Name: | Marcia R. Meoli |
| Bank Name: | Rabobank, N.A. |
| Checking Acct #: | ******2967 |
| Account Title: | Checking Account |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/11/2013 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | $43,729.91 | | $43,729.91 |
| 01/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | $67.08 | $43,662.83 |
| 02/28/2013 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | $58.61 | $43,604.22 |
| 03/11/2013 | | Bank of Texas | Transfer Funds | 9999-000 | | $43,604.22 | $0.00 |
| | | | TOTALS: | | $43,729.91 | $43,729.91 | $0.00 |
| | | | Less: Bank transfers/CDs | | $43,729.91 | $43,604.22 | |
| | | | Subtotal | | $0.00 | $125.69 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $125.69 | |

| For the period of 07/01/2017 to 06/30/2018 | | For the entire history of the account between 01/08/2013 to 6/30/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $43,729.91 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $125.69 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $125.69 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $43,604.22 |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 19

| | |
|---|---|
| Case No. | 05-00690 |
| Case Name: | TELESERVICES GROUP, INC. |
| Primary Taxpayer ID #: | **-***2778 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 07/01/2017 |
| For Period Ending: | 06/30/2018 |

| | |
|---|---|
| Trustee Name: | Marcia R. Meoli |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0002 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/17/2017 | | Bank of Texas | Transfer Funds | 9999-000 | $29,342.12 | | $29,342.12 |
| 09/08/2017 | | Pinnacle Bank | Analysis fee for August | 2600-000 | | $22.91 | $29,319.21 |
| 09/08/2017 | | Pinnacle Bank | Reverse bank fee | 2600-000 | | ($22.91) | $29,342.12 |
| 09/11/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $22.91 | $29,319.21 |
| 10/03/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $45.81 | $29,273.40 |
| 11/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $47.25 | $29,226.15 |
| 12/04/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $45.65 | $29,180.50 |
| 01/08/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $47.10 | $29,133.40 |
| 01/12/2018 | 5001 | Insurance Partners Agency, Inc. | Invoice #501281 | 2300-000 | | $8.76 | $29,124.64 |
| 02/06/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $47.04 | $29,077.60 |
| 03/05/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $42.41 | $29,035.19 |
| 03/30/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $46.86 | $28,988.33 |
| 04/30/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $45.27 | $28,943.06 |
| 05/10/2018 | 5002 | Insurance Partners Agency, Inc. | Invoice #548115 | 2300-000 | | $15,264.00 | $13,679.06 |
| 05/24/2018 | | Transfer From: #******0084 | Transfer to pay attorney orders | 9999-000 | $20,000.00 | | $33,679.06 |
| 05/29/2018 | 5003 | HUBBARD LAW FIRM | Fee order DN 429 2/11/2015 | 3210-000 | | $8,088.00 | $25,591.06 |
| 05/29/2018 | 5004 | HUBBARD LAW FIRM | Fee order DN 429 2/11/2015 | 3220-000 | | $1,209.24 | $24,381.82 |
| 05/29/2018 | 5005 | PAUL F. DAVIDOFF | Fee order DN 464 12/23/2015 | 3210-000 | | $18,347.00 | $6,034.82 |
| 05/29/2018 | 5006 | PAUL F. DAVIDOFF | Fee order DN 464 12/23/2015 | 3220-000 | | $130.88 | $5,903.94 |
| 05/31/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $41.92 | $5,862.02 |
| 06/19/2018 | | Transfer From: #******0084 | | 9999-000 | $22,000.00 | | $27,862.02 |
| 06/22/2018 | 5007 | PETER TEHOLIZ, PLLC | Fee order DN 550 | 3210-000 | | $20,800.00 | $7,062.02 |
| 06/22/2018 | 5008 | PETER TEHOLIZ, PLLC | Fee order DN 550 | 3220-000 | | $376.82 | $6,685.20 |
| 06/28/2018 | | Transfer From: #******0084 | | 9999-000 | $7,511,000.00 | | $7,517,685.20 |
| 06/29/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $442.47 | $7,517,242.73 |
| | | | **SUBTOTALS** | | $7,582,342.12 | $65,099.39 | |

# FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 20

| Case No. | 05-00690 | | Trustee Name: | Marcia R. Meoli |
|---|---|---|---|---|
| Case Name: | TELESERVICES GROUP, INC. | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***2778 | | Checking Acct #: | ******0002 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 07/01/2017 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 06/30/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2018 | | DOUGLAS A. DONNELL | Fee order  DN 558 | 3210-000 | | $7,324,224.71 | $193,018.02 |
| 06/29/2018 | | DOUGLAS A. DONNELL | Fee order  DN 558 | 3220-000 | | $186,608.33 | $6,409.69 |

|  |  | Deposit | Disbursement | Balance |
|---|---|---|---|---|
| | TOTALS: | $7,582,342.12 | $7,575,932.43 | $6,409.69 |
| | Less: Bank transfers/CDs | $7,582,342.12 | $0.00 | |
| Subtotal | | $0.00 | $7,575,932.43 | |
| | Less: Payments to debtors | $0.00 | $0.00 | |
| Net | | $0.00 | $7,575,932.43 | |

**For the period of  07/01/2017 to 06/30/2018**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $7,582,342.12 |
| | |
| Total Compensable Disbursements: | $7,575,932.43 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $7,575,932.43 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 08/17/2017  to 6/30/2018**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $7,582,342.12 |
| | |
| Total Compensable Disbursements: | $7,575,932.43 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $7,575,932.43 |
| Total Internal/Transfer  Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 05-00690 | |
| **Case Name:** | TELESERVICES GROUP, INC. | |
| **Primary Taxpayer ID #:** | **-***2778 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 07/01/2017 | |
| **For Period Ending:** | 06/30/2018 | |

| | |
|---|---|
| **Trustee Name:** | Marcia R. Meoli |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0002 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | 32,348,939.42 | $7,890,947.64 | $24,457,991.78 |

**For the period of 07/01/2017 to 06/30/2018**

| | |
|---|---|
| Total Compensable Receipts: | $32,004,582.09 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $32,004,582.09 |
| Total Internal/Transfer Receipts: | $7,582,342.12 |
| | |
| Total Compensable Disbursements: | $7,579,986.32 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,579,986.32 |
| Total Internal/Transfer Disbursements: | $7,582,342.12 |

**For the entire history of the account between 08/17/2017 to 6/30/2018**

| | |
|---|---|
| Total Compensable Receipts: | $32,348,939.42 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $32,348,939.42 |
| Total Internal/Transfer Receipts: | $7,998,740.24 |
| | |
| Total Compensable Disbursements: | $7,890,947.64 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,890,947.64 |
| Total Internal/Transfer Disbursements: | $7,998,740.24 |

/s/ MARCIA R. MEOLI

MARCIA R. MEOLI